UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 00-6354 CR-FERGUSON

MAGISTRATE JUDGE
SNOW

18 USC § 1543
18 USC § 1546

UNITED STATES OF AMERICA, )
                          )
           Plaintiff,     )
vs.                       )
                          )
LORNA CUMMINGS,           )
a/k/a "Vinnette Andrea Loney", )
                          )
           Defendant.     )
_____)

### INDICTMENT

The Grand Jury charges that:

#### COUNT 1

On or about November 24, 2000, at Broward County, in the Southern District of Florida, the defendant,

LORNA CUMMINGS
a/k/a "Vinnette Andrea Loney",

willfully and knowingly used and attempted to use an altered passport, that is, the defendant LORNA CUMMINGS presented a Jamaican passport under the name Vinnette Andrea Loney that contained a photograph of the defendant LORNA CUMMINGS to an inspector of the United States Immigration and Naturalization Service at Fort Lauderdale International Airport, to gain entry into the United States, in violation of Title 18, United States Code, Section 1543.



COUNT 2

On or about November 24, 2000, at Fort Lauderdale, Broward County, in the Southern District of Florida, the defendant,

LORNA CUMMINGS
a/k/a "Vinnette Andrea Loney",

did knowingly use and attempt to use a nonimmigrant visa required for entry into the United States, that in so doing, the defendant LORNA CUMMINGS acted willfully and with knowledge that such nonimmigrant visa had been altered in that she presented a nonimmigrant visa in the name Vinnette Andrea Loney that contained a photograph of the defendant LORNA CUMMINGS to an inspector of the United States Immigration and Naturalization Service at Fort Lauderdale International Airport, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

*Leonard Pott*
FOREPERSON

*Guy A. Lewis*
GUY A. LEWIS
UNITED STATES ATTORNEY

*Laurence M. Bardfeld*
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA   CASE NO. _____
v.

LORNA CUMMINGS_____   **CERTIFICATE OF TRIAL ATTORNEY***
**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami   ___ Key West
X__ FTL   ___ WPB ___ FTP

New Defendant(s)        Yes ___ No ___
Number of New Defendants   ___
Total number of counts      ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) No_____
   List language and/or dialect ___English_____

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                     (Check only one)

   I    0 to 5 days        _X_      Petty     ___
   II   6 to 10 days       ___      Minor     ___
   III  11 to 20 days      ___      Misdem.   ___
   IV   21 to 60 days      ___      Felony    _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _____ No _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes _X_ No  If yes, was it pending in the Central Region? _ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                   _____
                                   LAURENCE M. BARDFELD
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Florida Bar No. 712450

*Penalty Sheet(s) attached                                    REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: LORNA CUMMINGS          NO._____

Count #I: 18 U.S.C. §1543; False Use of a Passport _____

*Max. Penalty: Ten (10) years' imprisonment; $250,000 fine _____

Count #II: 18 U.S.C. §1546; Fraud and Misuse of Visas _____

*Max. Penalty: Ten (10) years' imprisonment; $250,000 fine _____

Count #: _____

Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

No. 04428

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

THE UNITED STATES OF AMERICA

vs.

LORNA CUMMINGS,
a/k/a "Vinnette Andrea Loney"

## INDICTMENT

18 U.S.C. § 1543
18 U.S.C. § 1546

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 19 ___

_____
Clerk

Bail $ _____