AO 442 (Rev. 12/85) Warrant for Arrest  AUSA  LAURENCE M. BARDFELD    INS S/A Angela Lear 356-7790x109

# United States District Court

__SOUTHERN_____ DISTRICT OF _____ FLORIDA_____

UNITED STATES OF AMERICA

V.

LORNA CUMMINGS
a/k/a "Vinnette Andrea Loney"

**WARRANT FOR ARREST**

**CASE NUMBER:**

00 - 6354

CR-FERGUSON

MAGISTRATE JUDGE
SNOW

TO:   **The United States Marshal
and any Authorized United States Officer**

FILED by
DEC 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest_____ LORNA CUMMINGS _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   False Use of Passport; and Use of an altered Visa;

in violation of Title__18____ United States Code, Section(s) 1543 and 1546 _____

CLARENCE MADDOX _____
Name of Issuing Officer

_Denny Butler_
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT_____
Title of Issuing Officer

December 14, 2000, Fort Lauderdale, Florida____
Date and Location

Bail fixed at $ Pre-trial Detention Recommended_____

by LURANA S. SNOW, U.S. Magistrate Judge_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |