COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | |
|---|---|
| DEFT: LORNA CUMMINGS | CASE NO: 00-6354-CR-FERGUSON |
| AUSA: Lawrence Bardfeld | ATTNY: Timothy Day |
| AGENT: | VIOL: FORGERY OR FALSE USE OF PASSPORT |
| PROCEEDING: I/A - INDICTMENT | BOND REC: |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: Federal Public Defender |

✓ BOND SET @ $100,000.00 Corporate Surety w/ Nebbia Requirement

Reading of indictment waived
Not Guilty plea entered
Jury Trial demanded
Standing Discovery Order requested

CO-SIGNATURES:

SPECIAL CONDITIONS: each side reserves their right to proceed w/ a bond hearing in the future.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Defendant must deposit $1,000.00 w/ the Court Registry w/in 60 days. to be applied toward attorney's cost.

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 1/3/01 | 11:00 | Snow |

DATE: DECEMBER 19, 2000   TIME: 11:00   TAPE # 00-098   PG # 2122
2nd call 00-098 (2910)