FILED by __ D.C.

DEC 2 0 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 00-6354 (Ferguson)

        Plaintiff )

)

-vs- ) REPORT COMMENCING CRIMINAL

LORNA CUMMINGS

A/K/A Vinnette Andrea Lowey ) ACTION

_____ )

        Defendant

66746-004

****************************************************************

TO: CLERK'S OFFICE    (MIAMI)    (FT. LAUDERDALE)    W. PALM BEACH

U.S. DISTRICT COURT        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

****************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12/18/2000 _____ a.m./p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: False Visa / False PP

_____

(4) UNITED STATES CITIZEN: ( )YES    (X)NO    ( )UNKNOWN

(5) DATE OF BIRTH: 11/04/1954

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT    [ ] COMPLAINT    CASE # 00-6354 (Ferguson)
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT