UNITED STATES OF AMERICA,

CASE NO: 00-6354-CR-Ferguson

vs.

LORNA CUMMINGS

_____/

## ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
## OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel

pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that

private funds are available for payment by the Defendant for partial reimbursement for the cost of such services,

it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of $ 1,000.00 on or

before February 21,2001 to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation

current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the

above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate, 18

U.S.C. Section 3006A(C). It is further ORDERED that a status conference on reimbursement will be held on

February 21,2001 at 11:00 a.m.

DONE AND ORDERED at Ft. Lauderdale, Florida this 20th day of December , 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
Counsel
Pretrial
Defendant
Financial Section