UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6354-CR-FERGUSON

UNITED STATES OF AMERICA,   :

       Plaintiff,                :

vs.                            :

LORNA CUMMINGS,          :

       Defendant.            :
_____/

## NOTICE OF ASSIGNMENT

      The above captioned case has been assigned to the Assistant Federal Public Defender

specified below. Please send all notices and inquiries to this attorney at the address listed.

                      Respectfully submitted,

                      KATHLEEN M. WILLIAMS
                      FEDERAL PUBLIC DEFENDER

      By:_____
               Timothy M. Day
               Assistant Federal Public Defender
               Florida Bar No. 360325
               101 N.E. 3rd Avenue
               Suite 202
               Fort Lauderdale, Florida  33301
               (954) 356-7436
               (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

_26_ day of December, 2000 to Laurence Bardfeld, Esquire, United States Attorney's Office, 299

E. Broward Blvd., Fort Lauderdale, Florida 33301.


Timothy M. Day

S:\DAY\Cummings.Lorna\ASSIGN