UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6354-CR-FERGUSON

UNITED STATES OF AMERICA )
)
       Plaintiff, )
)
v. )
)
)
LORNA CUMMINGS, )
)
       Defendant. )
_____)

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER**

    The United States hereby files this supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

        6.   An examination was conducted on the passport and the visa used by Defendant upon her entry into the United States. It was determined that the passport and visa were photo-substituted. A copy of that report is attached.

                           Respectfully submitted,

                           GUY A. LEWIS
                           UNITED STATES ATTORNEY

By: _____
    LAURENCE M. BARDFELD
    Assistant United States Attorney
    Florida Bar No. 712450
    500 East Broward Boulevard, #700
    Fort Lauderdale, Florida 33394
    Tel: (954) 356-7255, ext. 3510
    Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this 21th day of December, 2000, to: Timothy Day, Assistant Federal Public Defender, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

Laurence M. Bardfeld
Assistant United States Attorney

2



**U.S. Department of Justice**

Immigration and Naturalization Service
*Intelligence Division*
*Forensic Document Laboratory*

*8000 Westpark Drive - Suite 325*
*McLean, VA  22102*
*Tel: (703) 285-2482   FAX: (703) 285-2208*

December 18, 2000

Angela Lear-Hernandez, Senior Inspector  
U.S. Immigration and Naturalization Service  
1800 Eller Drive, Suite 402  
Fort Lauderdale  FL 33316  
(954) 356-7790

HQ 739.6  
**FDL 01-00893-D**  
**RE: #91 189 939**

Reference is made to INS laboratory request form dated 12/6/00.

## EXHIBITS:

Exhibit 1    Jamaica passport number 1372364 in the name of VINNETTE ANDREA LONEY, with U.S. Machine Readable Visa ("MRV") (serial number 07422554) on page 11.

## FINDINGS:

Physical, microscopic, instrumental and comparative examinations of the above described document(s) resulted in the following findings:

(1)   It has been determined that the Exhibit 1 passport has been photo-substituted. This finding is supported by the fact that the security laminate on page 3 has been cut/slit along the left and right edges of the orange design. Additionally, the design is out of alignment at the upper right corner of the photograph.



Arrows indicate locations where alignment of security design is out of registration.



INS/FDL #01-00893-D
December 18, 2000
Page 2

(2) **It has been determined that the Exhibit 1 MRV has been photo-substituted.** This finding is supported by the fact that the ultraviolet security eagle image overlaying the portrait is absent.



Donna O. Eisenberg
Forensic Document Examiner