UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6354-CR-FERGUSON

MAGISTRATE JUDGE SELTZER



UNITED STATES OF AMERICA,  :

    Plaintiff,           :

vs.                     :

LORNA CUMMINGS,      :

    Defendant.       :
_____/

## OBJECTION TO ORDER OF PARTIAL INDIGENCY
## AND APPEAL TO DISTRICT JUDGE

The defendant, through counsel, hereby objects to the Order of the Magistrate Judge of

December 20, 2000 finding the defendant partially indigent and ordering her to pay $1,000 to the

Clerk of the Court. The defendant asserts that the monies represented by the defendant to exist at

the Krome Detention Center have been transferred by INS to Jamaica. The Court based its Order

upon the assets existing at the Krome Detention Center. The defendant asserts that these assets are

presently unavailable and are an unavailable asset pursuant to 18 U.S.C. § 3006A. The defendant

hereby appeals the Court's order of December 20, 2000 to the District Court.

WHEREFORE, the defendant objects to the Order and appeals the decision to the District

Court.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

29th day of December, 2000 to Laurence Bardfeld, Esquire, United States Attorney's Office, 299

E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____

Timothy M. Day

2