HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED JAN 3 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

DEFT __JEFFERSON LEVINE__ CASE NO: __00-6353-CR-DIMITROULEAS__
AUSA __LARRY BARDFELD__ pres ATTY __ROBERT BARRAR__ pres

Disc rec'd today —
M/ due Jan 17 — One extra week for Giglio. @694

DEFT __KIMBERLY ADAMS__ CASE NO: __00-6333-CR-FERGUSON__
AUSA __THOMAS LANIGAN__ /Washington ATTY FPD — Tim Day

disc rec'd — No motions pending   00-001 @532

DEFT __ALEXANDER SWANSON__ CASE NO: __00-6358-CR-DIMITROULEAS__
AUSA __ROGER POWELL__ /Washington ATTY FPD  Day for Benke

Disc will be sent today — no
pending motions — possibility   C574
retained counsel coming in. 8 m/ due — Jan 17

DEFT __LORNA CUMMINGS__ CASE NO: __00-6354-CR-FERGUSON__
AUSA __LARRY BARDFELD__ pres /Washington ATTY FPD  Day

disc rec'd — to be a plea
@ 645

DEFT __MICHAEL McKAY__ CASE NO: __00-6356-CR-BLOCH__
AUSA __LARRY BARDFELD__ pres ATTY FPD  Day for Swanger

Disc out — no outstanding motions
possible plea   @ 667

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __1/3/01__  TIME __11:00__