UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6354-FERGUSON/SNOW

UNITED STATES OF AMERICA,       :

       Plaintiff,              :

v.                              :

LORNA CUMMINGS,                 :

       Defendant.              :
_____

**STATUS REPORT**

A status conference was held in this cause on January 3, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this _____ day of January, 2001.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Larry Bardfeld (FTL)
AFPD Tim Day (FTL)