UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6354-CR-FERGUSON

UNITED STATES OF AMERICA,
                    Plaintiff,

        vs.

LORNA CUMMINGS, (J)
                    Defendant.

FILED by _____ D.C.

'JAN 1 1 2001

CLARENCE MADDOX
CIE 'K U.S. DIST. CT.
S.O OF FLA. FT. LAUD.

MINUTES
CHANGE OF PLEA

On January 11, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Tim Day, AFPD Esq, appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) **/** of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( )    The Court proceeded to pronounce sentence.

(X)    The Court postponed sentencing until **3/23/01** at
       11:00 a.m.,

( )    and the defendant was allowed to remain on present
       bond until then;

( )    and the defendant remanded to the custody of the
       U.S. Marshal until a $_____ bond is posted;

( )    and the defendant was remanded to the custody of the
       U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Paul Haferling</u>
Clerk <u>Troy T. Walker</u>