COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: LORNA CUMMINGS (J)#    CASE NO: 00-6354-CR-Ferguson

AUSA: LARRY BARDFELD /Laurie/    ATTNY: FPD Sam Smargon for Tim Day

AGENT: /Lucaha/    VIOL:

PROCEEDING: STATUS RE PARTIAL INDIGENCE    BOND REC:

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by ___ D.C. INTAKE
FEB 21 2001
CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. — LAUD

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Δ has problem getting money from Jamaica

matter reset

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE: re partial indigence    2-28-01    11:00am    BSS

DATE: 2-21-01    TIME: 11:00am ends 11:50am    TAPE # 01-008    PG # 1    3462-3637