U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: LORNA CUMMINGS (J)#
CASE NO: 00-6354-CR-Ferguson
AUSA: Larry Bradfeld /Rosenbaum
ATTNY: FPD Tim Day
AGENT:
VIOL:
PROCEEDING: Status re Partial Indigence Order
BOND REC:
BOND HEARING HELD - yes/no
COUNSEL APPOINTED:

FILED by INTAKE D.C.
FEB 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

— Money has not been deposited
Day has filed appeal to order before Ferguson
— Resolution will be tomorrow at Sentencing

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 2-28-01    TIME: 11:00am    TAPE # 01-011 PG # 3
2078-2160   21