FILED
MAR 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6354-CR-WDF

DEFENDANT LORNa Cummings      JUDGE Wilkie D. Ferguson
Deputy Clerk D. McIntosh       DATE 3/2/01
Court Reporter Paul Haferling  USPO Frank Smith
AUSA Larry Bordfeld            Deft's Counsel Tim Day

COUNTS DISMISSED   All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

JUDGMENT AND SENTENCE    10 Day to Appeal
Imprisonment    Years    Months    Counts

Time Served - 2 months        1

Supervised Release 3 years; SP Cond; Surrender to INS

Probation    Years    Months    Counts

Comments Partial Indigency Order vacated
Tim Day to submit order

Assessment $ 100         Fine $ N/A

Restitution /Other _____

CUSTODY
✓ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____