AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD   INS S/A Angela Lear 356-7790x109

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA   529400

UNITED STATES OF AMERICA

V.

LORNA CUMMINGS
a/k/a "Vinnette Andrea Loney"

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER:

**00-6354**
**CR - FERGUSON**
MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest _____ LORNA CUMMINGS _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   False Use of Passport; and Use of an altered Visa;

in violation of Title __18__ United States Code, Section(s) 1543 and 1546

CLARENCE MADDOX
Name of Issuing Officer

[signature] Denny Butler
Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention Recommended

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

December 14, 2000, Fort Lauderdale, Florida
Date and Location

[signature] Lurana S. Snow
by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ Ft. Lauderdal,e FL | | |
| DATE RECEIVED 12/14/00 | NAME AND TITLE OF ARRESTING OFFICER<br>Edward Stubbs, Acting<br>US Marshal  S/D  FL | SIGNATURE OF ARRESTING OFFICER<br>[signature] Barry O Golden<br>Barry Golden, ASDUSM |
| DATE OF ARREST 12/28/00 | | |