PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 66637

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
00-6354-CR-(Cohn)
## CASE NO. 00-6450-CR-Ferguson



FILED by _____ D.C.

JAN 15 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Lorna Cummings

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S. District Court

Date of Original Sentence: March 2, 2001

Original Offense:     Using false passport to gain entry into the United States, 18 U.S.C. § 1543, a Class C felony.

Original Sentence:     Sentenced to time served (2 months) followed by three years of supervised release. At the completion of the defendant's term of supervision, the defendant shall be surrendered to the custody of the Immigration and Naturalization Service for deportation proceedings consistent with the Immigration and Nationality Act. If deported, the defendant shall not re-enter the United States without the express permission of the United States Attorney General. The term of supervision shall be non-reporting if the defendant resides outside of the United States. If the defendant should reenter the United States within the term of supervised release, the defendant is to report to the nearest United States Probation Office within 72 hours of her arrival.

Type of Supervision: Supervised Release     Date Supervision Commenced: March 2, 2001

Assistant U.S. Attorney:     Defense Attorney:
Larry Bardfield     Tim Day, AFPD

## PETITIONING THE COURT

[X]     To issue a warrant
[]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C                                                      SD/FL PACTS No. 66637
(SD/FL 9/96)

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about December 10, 2003 in the Southern District of New York, the defendant was arrested by the Bureau of Immigration and Customs Enforcement and charged with illegal re-entry after deportation, contrary to 18 U.S.C. § 1326(a)(2) and (b)(2). |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be revoked.
[]    extended for _ years, for a total term of _ years.
[]    The conditions of supervision should be modified as follows:

                                     Respectfully submitted,

                          by

                                     David E. Alvarado
                                     U.S. Probation Officer
                                     Phone: (305) 412-2320
                                     Date: January 7, 2004

Reviewed by:

Patricia C. Laskowki, Supervising
U.S. Probation Officer
(305) 412-2320

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

                          Signature of Judicial Officer

                          1/14/04
                                     Date