PROB 19a                                                                                      SD/FL PACTS No. 66637

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-~~6450~~-CR-Ferguson

00-6354-CR-Ferguson (cohn)

FILED by ___ D.C.
JAN 1 5 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

U.S.A. vs Lorna Cummings

TO:[1] ANY AND ALL U.S. MARSHALLS

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Lorna Cummings | Female | Black | 49 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| MDC Brooklyn, 80 29th Street, Brooklyn, New York 11232 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Southern District of Florida | 3/2/2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| U.S. District Court, Southern District of Florida, Miami, Florida |

| CLERK Clarence Maddox | (BY) DEPUTY CLERK | DATE 1-15-04 |
|---|---|---|

### RETURN

|  | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| **Warrant received and executed.** |  |  |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

